AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ PUERTO RICO _____

UNITED STATES OF AMERICA,                    **APPEARANCE**

              v.                         CRIMINAL NUMBER: 97-110(JAF)

JOSUE G. REYES-HERNANDEZ, ET. AL.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the United States of America.

    We request that Sonia Torres, Assistant United States Attorney, Chief, Criminal

Division be terminated from the case for electronic notice purposes.

_____            S/Jose A. Ruiz-Santiago _____
                                   Assistant United States Attorney
                                   *USDC No.* 207701
                                   *Torre Chardon, Suite 1201*
                                   *350 Carlos Chardon Street*
                                   *San Juan, Puerto Rico 00918*
                                   *Tel: (787) 766-5656*
                                   *Fax: (787)766-6222*
                                   *Email: jose.ruiz3@usdoj.gov*

                                   *Dated: November 5, 2004*

**Notice of Appearance**
**Page 2**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Rafael F. Castro-Lang castrolang@centennialpr.net

Luis R. Rivera-Rodriguez lrriver@coqui.net

David W. Roman roman@bandulaw.com, usdc@bandulaw.com

Sonia I. Torres-Pabon sonia.torres@usdoj.gov, lucy.pacheco@usdoj.gov

At San Juan, Puerto Rico this 5th day of November, 2004

S/ *Jose A. Ruiz-Santiago*
Attorney for Plaintiff